**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CEDRIC GREENE and**
**VALERIE STEPHEN**                                                    **PLAINTIFFS**

**v.**                                       **No. 3:26-cv-76-DPM**

**HOUSING AUTHORITY OF THE**
**CITY OF LOS ANGELES**                                          **DEFENDANT**

**ORDER**

1.     Application to proceed *in forma pauperis*, *Doc. 1*, is granted. Both Greene and Stephen report living on government assistance and no savings.

2.     The Court must screen the complaint. 28 U.S.C. § 1915(e)(2). The Western District of Arkansas earlier ruled that it wasn't the proper venue for the plaintiffs' claims. It dismissed the complaint rather than permitting transfer to another venue. *Doc. 9*, *Greene v. Housing Authority of the City of Los Angeles*, No. 5:26-cv-5036-TLB (W.D. Ark. 18 February 2026). In this complaint, the plaintiffs challenge that dismissal and ask the Court to permit transfer here. *Doc. 2 at 4-5*.

3.     This Court cannot undo the outcome of their case in the Western District; and it cannot provide the "transfer relief" they request. 28 U.S.C. § 1406(a). The Court will therefore dismiss the complaint without prejudice. 28 U.S.C. § 1915(e)(2)(b).

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

14 April 2026