IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CEDRIC GREENE and
VALERIE STEPHEN                                              PLAINTIFFS

v.                              No. 3:26-cv-76-DPM

HOUSING AUTHORITY OF THE
CITY OF LOS ANGELES                                          DEFENDANT

## JUDGMENT

The plaintiffs' complaint is dismissed without prejudice.


_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

14 April 2026