# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**CEDRIC GREENE and**
**VALERIE STEPHEN**                                                              **PLAINTIFFS**

**v.**                                    **No. 3:26-cv-76-DPM**

**HOUSING AUTHORITY OF THE**
**CITY OF LOS ANGELES**                                      **DEFENDANT**

## ORDER

The plaintiffs' Rule 59(e) motion, *Doc. 9*, to amend the Court's Judgment is denied.  No manifest error occurred.  *Innovative Home Health Care, Inc. v. P.T.-O.T. Associates of the Black Hills*, 141 F.3d 1284, 1286 (8th Cir. 1998).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_15 May 2026_